UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL ACINELLI, | ) | No. CV 15-7917-AB (PLA) |
| Petitioner, | ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| KIM HOLLAND, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Respondent's Motion to Dismiss is granted in part and denied in part.

3. Grounds One and Four of the Petition are dismissed with prejudice; Grounds Two and Three of the Petition are dismissed without prejudice.

4. Judgment shall be entered consistent with this Order.

5. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: September 28, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE