UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL ACINELLI, | ) | No. CV 15-7917-AB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KIM HOLLAND, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Grounds One and Four of the Petition in this matter be dismissed with prejudice, and Grounds Two and Three of the Petition be dismissed without prejudice.

DATED: September 28, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE